JADO
X9675

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: '23 MJ3956 |
|---|---|
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | Title 21 U.S.C. §§ 952 and 960 |
| GUTIERREZ SALCEDO, Victor Pedro, | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about December 9, 2023, within the Southern District of California, Victor Pedro GUTIERREZ SALCEDO, did knowingly and intentionally import a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent Brian J. Holerud
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 11th of December 2023.

HON. MICHAEL S. BERG
U.S. MAGISTRATE JUDGE

# STATEMENT OF FACTS

I, Special Agent Brian J. Holerud, declare under penalty of perjury, the following is true and correct:

On December 9, 2023, at approximately 7:35 AM, Victor Pedro GUTIERREZ SALCEDO, ("GUTIERREZ SALCEDO"), a permanent resident, was attempting entry into the United States from Mexico through the San Ysidro Port of Entry in pre-primary vehicle lane #24. GUTIERREZ SALCEDO was the driver, sole occupant, and registered owner of a 2005 Toyota Corolla ("the vehicle") bearing California license plates.

A Canine Enforcement Team was conducting pre-primary operations when the Human and Narcotic Detection Dog alerted to the front passenger seat of the vehicle.

The Canine Enforcement Team received two negative Customs declarations from GUTIERREZ SALCEDO. GUTIERREZ SALCEDO stated he was crossing the border to go to Chula Vista, California.

A CBPO operating the Z-Portal X-Ray machine detected anomalies in the driver and passenger side floor panels of the vehicle.

Further inspection of the vehicle resulted in the discovery of 64 packages concealed in the driver and passenger side floor panels of the vehicle, with a total

1

approximate weight of 30.52 kgs (67.28 lbs). A sample of the substance contained within the packages field tested positive for the characteristics of methamphetamine.

GUTIERREZ SALCEDO was placed under arrest at approximately 10:05 AM.

During a post-Miranda interview, GUTIERREZ SALCEDO admitted that he was going to be paid $4,000 USD to smuggle the narcotics into the United States. GUTIERREZ SALCEDO claimed to be driving the narcotics to Riverside, California.

GUTIERREZ SALCEDO was arrested and charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance.

Executed on December 9, 2023, at 2:46 pm

Brian Holerud, HSI Special Agent

\\

\\

\\

\\

\\

\\

2

On the basis of the facts presented in this statement of facts consisting of 3 pages, I find probable cause to believe the defendant, Victor Pedro GUTIERREZ SALCEDO, named in this probable cause statement, committed the offense on December 9, 2023, in violation of Title 21 USC 952 and 960, Unlawful Importation of a Controlled Substance.

_____      3:09 PM, Dec 9, 2023
Hon. Michael S. Berg           Date/Time
United States Magistrate Judge

3