FILED
Jan 03 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/RC  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

November 2023 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    v.<br><br>VICTOR PEDRO GUTIERREZ SALCEDO,<br><br>             Defendant. | Case No. '24 CR0034 AJB<br><br>I N D I C T M E N T<br><br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine |

    The grand jury charges:

    On or about December 9, 2023, within the Southern District of California, defendant VICTOR PEDRO GUTIERREZ SALCEDO did knowingly and intentionally import a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

    DATED: January 3, 2024.

A TRUE BILL:

[signature redacted]

TARA K. MCGRATH
United States Attorney

By: _____ FOR
    L. BRANDON LISS
    Assistant U.S. Attorney

LBL:cms:San Diego:1/3/24